UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
Stephen Abercrombie Gilbert
aka Stephen A Gilbert
Heather Marie Gilbert
aka Heather M Gilbert

Case No. 8:24-bk-05793-RCT
Chapter 13

Debtor(s)
_____

## OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

COMES NOW Secured Creditor, U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Trustee of PRPM 2023-NQM1, by and through its undersigned counsel, and files this written objection to confirmation of Debtor(s)'s Proposed Chapter 13 Plan, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. On April 12, 2022, Debtor Stephen A Gilbert executed and delivered a Promissory Note ("Note") and on April 12, 2022 Debtor Stephen A Gilbert and Heather M Gilbert executed a Mortgage ("Mortgage") securing payment of the Note in the amount of $243,250.00 to Hometown Equity Mortgage, LLC, a Missouri limited liability company. The Mortgage was recorded on April 22, 2022 in OR Book 22031 & Page 2499 of the Public Records of Pinellas County, Florida. The loan was transferred to Secured Creditor which granted Secured Creditor a first lien on the real property located at 36750 US Highway 19 North 8-202, Palm Harbor, FL 34684 the ("Subject Property") legally described as:

Apartment No. 202 of INNISBROOK CONDOMINIUM NO. 8, A CONDOMINIUM, Lodge No. 5, according to the Declaration of Condominium recorded in Official Record Book 3662, Page 95, Public Records of Pinellas County, Florida, as amended; together with all of its appurtenances according to the Declaration and being further described in Condominium Plat Book 9, Pages 39 & 40, together with an undivided interest in the common elements appurtenant thereto.

Parcel ID No.: ▮▮▮▮▮▮▮▮▮▮
More Commonly known as:  36750 US Highway 19 North, # 8-202, Palm Harbor, FL 34684,

2. The amount Secured Creditor's claim as of the date of filing will be set forth in the Secured Creditor's Proof of Claim filed by the deadline of December 6, 2024.

3. The Plan fails to include the full pre-petition arrearage amount. Secured Creditor's claim will show the pre-petition arrearage due to Secured Creditor is $52,123.01, whereas the Plan includes a pre-petition arrearage amount of only $40,000.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§1322(b)(3) and 1325(a)(5) and cannot be confirmed.

4. The Chapter 13 Plan does not comply with 11 U.S.C. §1325 and 11 U.S.C. §1322 as the Plan fails to cure the pre-petition default and is not accepted by U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Trustee of PRPM 2023-NQM1.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtor(s)'s Plan, and for such other and further relief as this Court deems just and proper.

DATED this 4th day of October 2024.

Respectfully submitted,

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938

PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 4th day of October 2024:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## **SERVICE LIST (CASE NO. 8:24-bk-05793-RCT)**

Debtor
Stephen Abercrombie Gilbert
36750 US Highway 19 N
Palm Harbor, FL 34684

Debtor
Heather Marie Gilbert
36750 US Highway 19 N
Palm Harbor, FL 34684

Debtor Attorney
Robert M Geller
Law Offices of Robert M. Geller, P.A.
807 W Azeele Street
Tampa, FL 33606

Trustee
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

US Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602