**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**                                                                          **Case No.: 8:24-bk-05793-RCT**
**Stephen Abercrombie Gilbert and**                      **Chapter 13**
**Heather Marie Gilbert ,**

        **Debtors.**
_____/

**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL OF RECORD FOR THE DEBTORS**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at _801 N. Florida Avenue, Ste 555, Tampa, Florida 33602_, and if the moving party is not represented by an attorney, mail a copy to the moving party at _Law Offices of Robert M. Geller, P.A., Attn: ROBERT M. GELLER Esq., 807 W. Azeele St, Tampa, FL 33606_ within _14_ days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

    COMES NOW, the undersigned counsel, pursuant to Local Rule(s) 2002-4 and 2091-2, and hereby files his Motion for Leave to Withdraw as Counsel of Record for the Debtors, and as grounds therefore states:

1. On September 27, 2024, Stephen and Heather Gilbert (the "Debtors ") filed this chapter 13 case.

2. Due to irreconcilable differences, the undersigned does not believe that he can continue as counsel for the Debtors.

WHEREFORE, Robert Geller, Esq. and the Law Offices of Robert M. Geller, P.A, Requests an order allowing him to withdraw as counsel.

Respectfully submitted on this 25th day of October 2024.

/s/ Robert Geller, Esquire
Robert Geller , Esquire
FL Bar No. 588105
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, Florida 33606
Telephone:  (813) 254-7687
Facsimile:  (813) 253-3405
rgeller@robertgellerlaw.com
Attorney for the Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the Court's CM\ECF System or by first class U.S. mail, to the Office of the U.S. Trustee, 501 E. Polk Street, Tampa, FL 33602; to **Kelly Remick,** Chapter 13 Standing Trustee, Post Office Box 89948, Tampa, FL 33689; and to Stephen and Heather Gilbert, the Debtors, 36750 US Highway 19 N, Palm Harbor, FL 34684; on this 25h day of October , 2024.

/s/ Robert Geller, Esquire
Robert Geller , Esquire
FL Bar No. 588105