UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Stephen Abercrombie Gilbert and
Heather Marie Gilbert,
Debtors.**

In re: Case No.: 8:24-bk-05793-RCT
Chapter 13

_____/

FILED TPA INTAKE USBC
6 NOV 2024 PM 12:02

OBJECTION TO MOTION FOR LEAVE TO WITHDRAW

AS COUNSEL OF RECORD FOR THE DEBTORS

We object to counsels motion to withdraw from this case. This Attorney has provided us counsel since filing the prior case in January 2023. He urged us to withdraw the case and re-file stated we should liquidate MGBG Inc and then re-file so we could get back into an agreed up agreement to get our home that we are 18 months behind on The bank declined all efforts to get an agreement to start payments again.

Counsel was paid close to $10,000 for the first case out of the funds sent to the Trustee. An additional $3500 was paid to file and work through a discharge of debts and come to an agreement with the bank on a five-year plan.

The 341 meeting was a disaster and just because there were mistakes made, bad advise given, this should not be a reason to withdraw as counsel and keep the money that he has

Respectfully submitted on this 6th day of November 2024.

/s/ Stephen Gilbert

s// Heather Gilbert

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to
**Clerk of Court at *801 N. Florida Avenue, Ste 555, Tampa, Florida 33602*,** by first class U.S. mail, to the Office of the U.S. Trustee, 501 E. Polk Street, Tampa, FL 33602; to **Kelly Remick,** Chapter 13 Standing Trustee, Post Office Box 89948, Tampa, FL 33689; and to Law Offices of Robert M. Geller, P.A. 807 West Azeele Street Tampa, Florida 33606 on this 6h day of November, 2024.

Stephen and Heather Gilbert